# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2011 APR 13 AM 11:50

RASHID AL-QADIR )
_____ )
_____ )
**Name of Plaintiff(s)** )
v. )
WAKENHUT CORP. )
1420 DONELSON PIKE )
NASHVILLE TENN. )
**Name of Defendant(s)** )

Case No. **3-11 0357**
(To be assigned by Clerk)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   RELIGIOUS DISCRIMANATION HARRASSMENT

2. Plaintiff, RASHID AL-QADIR resides at 1820 JEFFERSON ST, NASHVILLE,
   Street address / City
   DAVIDSON, TENN, 37208, 615-474-6418
   County / State / Zip Code / Telephone Number

   (If more than one plaintiff, provide the same information for each plaintiff below.)

3. Defendant, WACKENHUT CORP. resides at 1420 DONELSON PIKE, NASHVILLE,
Street address SUITE - B-17   City
DAVIDSON, TENN, 37217, 615-360-6546
County   State   Zip Code   Telephone Number

(If more than one defendant, provide the same information for each defendant below.)

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

ON 4-11-2011 I ENTERED THE METRO JUVENILE COURT HOUSE BUILDING. I WAS ASK TO REMOVE THE ITEMS FROM MY POCKETS BY A WACKENHUT SECURITY OFFICER I COMPLIED, AFTER GOING THRU THE METAL DETECTOR I WAS ASK TO REMOVE MY KUFI (A SMALL HEAD PIECE WORN BY MUSLIM ALL OVER THE WORLD) I TOLD THEM THAT MY HEAD PIECE WAS PART OF MY RELIGIOUS PRACTICE AND ATTIRE. I WAS TOLD BY OFFICER FRIERSON OF WACKENHUT SECURITY THAT IT DIDN'T MATTER TO REMOVE IT. I TOLD HIM THAT I WOULD BE MORE THAN HAPPY TO REMOVE IT SO IT COULD BE SEARCH FOR CONTRABAND BUT I WAS NOT GOING TO REMOVE IT ALL TOGETHER BECAUSE IT WAS PART OF MY RELIGIOUS ATTIRE (ON BACK)

OFFICER FRIERSON BECAME VERY DISRESPECTFUL AND TOLD ME "THAT IF I DIDN'T REMOVE IT I WOULD BE REMOVE FROM THE BUILDING AND THAT HE WAS NOT GOING TO GO THRU NO RELIGIOUS POLITICS WITH ME. I AGAIN EXPLAIN THAT MY KUFI WAS PART OF MY RELIGIOUS ATTIRE AND THAT I HAD A FIRST AMENDMENT RIGHT TO WEAR IT IN ANY BUILDING. OFFICER STATED " HE DIDN'T CARE ABOUT THAT, THEN I WAS REMOVE FROM THE BUILDING BY THE WACKENHUT SECURITY STAFF.

5.  Prayers for Relief (List what you want to Court to do):

   a. (1) AWARD PLAINTIFF 10 MILLION (TEN MILLION) DOLLARS FOR VIOLATING MY CONSTITUTIONAL RIGHTS.

   b. THAT THIS COURT ORDER WACKENHUT SECURITY COMPANY TO STOP HARRASSING U.S CITIZENS FOR PRACTICING THERE RELIGIOUS.

   c. THAT THIS COURT ISSUE A ORDER ALLOWING PLAINTIFF TO ENTER JUVENILE COURT HOUSE BUILDING.

   d. _____

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this 13TH day of APRIL, 20 11.

_Rashid Algad_
(Signature of Plaintiff(s))