IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RASHID AL-QADIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:11-cv-00357 |
| ) | Trauger/Knowles |
| G4S SECURE SOLUTIONS (USA) INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through their respective attorneys, pursuant to Rule 41 of the Federal Rules of Civil Procedure agree and request that the Court dismiss the above-styled case with prejudice with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

s/ Andrew Love (with permission)
Andrew B. Love, Esq.
Law Office of Andrew Love
700 Craighead Street, Suite 105
Nashville, TN 372014
Telephone: (615) 293-2560
Facsimile: (615) 250-0590- fax
Email: andrew@andrewlovelaw.com

Attorney for Plaintiff

s/ J. Gregory Grisham
J. Gregory Grisham (TN Bar No. 013810)
Pamela R. Irons (TN Bar No. 023707)
JACKSON LEWIS LLP
999 Shady Grove Rd., Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2616
Facsimile: (901) 462-2626
Email: gregory.grisham@jacksonlewis.com
ironsp@jacksonlewis.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following individual of record:

Andrew B. Love, Esq.
Law Office of Andrew Love
700 Craighead Street, Suite 105
Nashville, TN 372014
Telephone: (615) 293-2560
Facsimile: (615) 250-0590
Email: andrew@andrewlovelaw.com

*Attorney for Plaintiff*

s/ J. Gregory Grisham
Counsel for Defendant

4834-3370-7794, v. 1