IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RASHID AL-QADIR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> G4S SECURE SOLUTIONS (USA) INC., ) <br> ) <br> Defendant. ) | Civil Action No.: 3:11-cv-00357 <br> Trauger/Knowles |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, have filed a Stipulation of Dismissal with Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the claims of Plaintiff Rashid Al-Qadir against Defendant are hereby dismissed with prejudice with each party to bear their own attorneys' fees, costs and expenses.

IT IS SO ORDERED.

This the ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ Andrew Love (with permission)
Andrew B. Love, Esq.
Law Office of Andrew Love
700 Craighead Street, Suite 105
Nashville, TN 372014
Telephone: (615) 293-2560
Facsimile: (615) 250-0590
Email: andrew@andrewlovelaw.com

Attorney for Plaintiff

s/ J. Gregory Grisham
J. Gregory Grisham (TN Bar No. 013810)
Pamela R. Irons (TN Bar No. 023707)
JACKSON LEWIS LLP
999 Shady Grove Rd., Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2616
Facsimile: (901) 462-2626
Email: gregory.grisham@jacksonlewis.com
ironsp@jacksonlewis.com

Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following individual of record:

> Andrew B. Love, Esq.
> Law Office of Andrew Love
> 700 Craighead Street, Suite 105
> Nashville, TN 372014
> Telephone: (615) 293-2560
> Facsimile: (615) 250-0590- fax
> Email: andrew@andrewlovelaw.com

*Attorney for Plaintiff*


s/ J. Gregory Grisham
Counsel for Defendant

4820-0797-2114, v. 1